UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Brian Hugh Carter : CIVIL CASE NO: 4:19CV638
_____ : (to be supplied by Clerk
 : of the District Court)
_____ :
(Enter above the full name of :
plaintiff in this action) :
 :
v. :
 : **FILED**
Social Security : **SCRANTON**
Administration, :
~~Disability~~ Interested Party : APR 1 5 2019
 : PER ___Amo___
 : DEPUTY CLERK
_____ :
(Enter above the full name of :
the defendant(s) in this action) :

## COMPLAINT

1. The plaintiff __Brian Carter__ a citizen of the County of __Monroe__ State of Pennsylvania, residing at __563 Country Place Drive Tobyhanna PA 18466__ wishes to file a complaint under _____
(give Title No. etc.)

2. The defendant is __Social Security Administration__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) I Brian Carter have become disabled when taking a fall in December 2005 I have fractured my right wrist. Therefore was unable to work at my job with the N.Y.C Bd of Ed. Which I have worked as a Handy Man and also but Cook for over 30 years

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __74.00__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Home owner / Also in Wifes name
Seperated from wife

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Phychrist $15 co-pay - Medications copay $40 month, Transportation $60 mo, Electricty $90 mo, Internet, Hospital Copays, Doctor Copays, Home Phone $108.00 mo, Water $60 mo, Cell phone $39.00 mo, Food $100.00 mo, Property Tax $25.00, School Tax $50 mo, Dues $120 mo, ADT Home Security $33 month Past Due (Many More Doctor Bills)

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Credit Cards, Copays for Medications
Life Insurance / Waved Copays for Doctors
Dues, School Tax, Property Tax, Copays for Hospitals
Phychrist, Medications, Hospitals visits, stays

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4-2019

_Brian Carter_
Applicant's signature

_Brian Carter_
Printed name

**3. (CONTINUED)** After not being able to work for 4 months I have attempted to return to work on May 2006. It took two (2) days of work for me to realize that I was no longer able to perform my assigned duties. Therefore I had to remain out of work because of continued pain, and the deep depression and anxiety that had followed suite. Since the fall, I had to undergo (6) more surgeries dated from Jan 2006-2016. I first applied for Social Security Disability in May 2007. After my first denial in or about August 2007. My case worker at the SSA office Jamaica NY. SSA Ms. Gargano referred me to Attorney Raymond Lavalle, Tom Hale.

**4. WHEREFORE, plaintiff prays that** Finally in 2009 I was awarded Permanent Social Security Benefits.

In 3-2014 My Disability Benefits abruptly stopped. This has been due to pending investigation of fraud allegedly committed by my Attorney Raymond Lavalle and Tom Hale. With some of the first respodents Police and Five men involved with attack on the World Trade Center in 2001. But why should that involve me? See Attached Papers. It has been (5) years since I have been waiting to be reinstated.

*Brian Carter*
**(Signature of Plaintiff)**

In 2014 I have retained an Attorney Mr. Max Lieber, which has gotten no where. (See Attached)

Since 2006 My health has rapidly declined. Severe chronic arthritis, Severe depression and anxiety, Multiple Surgeries, Cancer, Cervical Stynosis Surgery, full Shoulder replacement, ankle fusion, Radiation therapy, Six wrist surgeries ect.



U.S. POSTAGE PAID
FCM LG ENV
MOUNT POCONO, PA
18344
APR 12 19
AMOUNT
$2.65
R2305K141120-04

1000  18501

Brian N Carter
563 Country Place Drive
Tobyhanna PA 18466

RECEIVED
SCRANTON
APR 15 2019
PER ___ DEPUTY CLERK

US District Court
for the Middle District
235 N Washington Ave
PO Box 1148
Scranton, PA 18501