# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN HUGH CARTER, | : | |
| Plaintiff, | : | NO. 4:19-CV-00638 |
| | : | |
| -vs- | : | |
| | : | (ARBUCKLE, M.J.) |
| ANDREW SAUL, [1] | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

## DEFENDANT'S MOTION
## TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Andrew Saul, through his counsel, hereby moves this Court to dismiss Plaintiff's Complaint for the reasons set forth in the accompanying brief.

---

[1]     Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

DAVID J. FREED
United States Attorney

By:/s/ Shana C. Priore
SHANA C. PRIORE
Assistant United States Attorney
Atty ID No. PA 315513
228 Walnut Street
Harrisburg, PA 17108
(717) 221-4482 telephone
(717) 221-4493 facsimile
shana.c.priore@usdoj.gov

Dated:  July 1, 2019          Counsel for Defendant




OF COUNSEL:

Eric P. Kressman
  Regional Chief Counsel, Region III
Tammy S. Mouzon
  Paralegal Specialist
Office of the General Counsel
Social Security Administration

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN HUGH CARTER,            :
            Plaintiff,    :      NO. 4:19-CV-00638
                       :
  -vs-                  :
                       :      (ARBUCKLE, M.J.)
ANDREW SAUL,               :
Commissioner of Social Security,  :
           Defendant.   :      **[FILED VIA ECF]**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on **July 1st, 2019,** she served a copy of the attached:

## MOTION TO DISMISS

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address listed below, which is the last

known address, and by depositing said envelope and contents in the United

States Mail at Harrisburg, PA.

Brian Hugh Carter
563 Country Place Drive
Tobyhanna, PA  18466


/s/ Cindy J. Long
CINDY J. LONG
Legal Assistant